|  |  |  |  |
|---|---|---|---|
| DATE: | 5-24-2016 | CASE NUMBER: | 6:16cr30 |
| LOCATION: | Tyler | | |
| JUDGE: | K. NICOLE MITCHELL | USA VS. | Carlos Anastacio Martinez-Serna |
| DEP. CLERK: | Lisa Hardwick | | |
| RPTR/ECRO: | Lisa Hardwick | Allen Hurst | Nathan Morgan |
| USPO: | Nathan Manley | | |
| INTERPRETER: | Lisa Penafiel | | |
| TIME START: | 2:45 p.m. | | |
| TIME END: | 2:55 p.m. | | |

| Indictment unsealed | | Interpreter |

## INITIAL APPEARANCE on the INDICTMENT

| | | | |
|---|---|---|---|
| X | Initial Appearance called | X | Initial Appearance held |
| X | Defendant appears with counsel | | Dft appears without counsel |
| | Date of Arrest: | | Dft's first appearance with counsel |
| X | Dft advised of charges | X | Df advised of right to counsel |
| X | Dft advised maximum penalties | X | Dft advised of right to remain silent |
| X | Dft previously appointed CJA attorney Nathan Morgan | | Court finds Dft eligible and appoints: |
| | Gvt oral motion for detention | | Gvt Oral Motion for Continuance of Detention hearing |
| | Order of Conditions of Release | | Appearance Bond: |
| | Waiver of Detention | | |
| | Order of Temporary Detention | | Detention Hearing set for: |
| | Order of Detention | | Arraignment Hearing set for: |
| | Dft remanded to the custody of the US Marshal | | Deft released on conditions of bond |

## ARRAIGNMENT

| | | | |
|---|---|---|---|
| | Arraignment waived in open court | X | Arraignment held on Indictment: All counts |
| X | Dft placed under oath | X | Dft physically/mentally ready |
| X | Dft received copy of charges | X | Dft discussed charges with counsel |
| | Charges read | X | Dft waived reading of charges |
| X | No pressure to plead | | |
| X | Dft enters a not guilty plea to all counts | | |
| X | Discovery orders entered | X | Pretrial Conference set: 7-12-2016 at 9:00 a.m. |
| X | Dft remanded to the custody of the USM | | Dft released on conditions of bond |