IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 6:16-CR-30 |
| | § | |
| CARLOS A. MARTINEZ-SERNA | § | |

## NOTICE OF PLEA AGREEMENT

Now Comes the United States of America by and through its United States

Attorney and would show the Court that the Defendant, **Carlos Anastacio Martinez-**

**Serna**, through his counsel of record, Chad Morgan, and the United States, have entered

into a written plea agreement in relation to the charges now pending before this Court.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

*/s/Allen H. Hurst*
ALLEN H. HURST
Assistant United States Attorney
State Bar No. 10313280
110 North College St., Suite 700
Tyler, Texas 75702
(903) 590-1400
Allen.hurst@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Plea Agreement has been served on counsel of record for defendant via the court's CM/ECF system on this the 31st day of May, 2016.

*/s/Allen H. Hurst*
ALLEN H. HURST